UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Rural Development),
   Plaintiff,

v.

CASE NUMBER: 98-1828 (HL)

RICARDO CARMELO WALLACE
ACEVEDO, IRIS DELIA HERNANDEZ
VALENTIN, and the conjugal partnership
constituted by both,
   Defendants.

| MOTION | | | |
|---|---|---|---|
| Date Filed: 1/31/00    Docket # 13 | [X] Plffs | [ ] Defts | [ ] Other |
| Title: Motion Requesting Confirmation of Sale | | | |

**ORDER**

Granted. The Court hereby **confirms** the sale of the property subject to this action sold on September 14, 1999, and awarded to Harry Acosta, on his own behalf.

Date 2/3/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


